IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

---------------------------------------------------------------X
In re:                                              :     Chapter 13
                                                    :
Marcelo P.L. Dessin                                 :     **Case No.** 25−10596 LSS
Donna M Coleman                                     :
       **Debtors.**                         :
                                                    :
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1.A. is selected.*

1. (Select A, B, or C):

    \_\_\_\_\_ A. PLAN FILED WITH PETITION. This is an original plan, filed concurrently with the petition, which will be mailed by the Clerk of the Court to all creditors on the matrix. *[THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION.]*

    \_\_\_\_\_ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The amended Chapter 13 plan [filed herewith OR filed on _____, 20\_\_\_] , makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required. *[THIS OPTION MAY ONLY BE USED WHEN AN AMENDED PLAN IS FILED AND IT INCREASES THE AMOUNT PAYABLE UNDER THE PLAN BUT MAKES NO OTHER CHANGES.]*

    __x__ C. ALL OTHER PLANS: This is to certify that on __2/20/25__ _____, 20\_\_\_, I caused

        (i) the Chapter 13 plan [filed herewith OR filed on _____ _____, 20\_\_\_] ; and

        (ii) if applicable, the Order Denying Confirmation with Leave to Amend dated _____, 20\_\_\_ [if (ii) is not applicable, place "N/A" in the blank];

    to be mailed by first class mail, postage prepaid, to all parties in interest on the attached matrix or list. (If any parties on the matrix were served by CM/ECF rather than mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing.)

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the plan.*

    \_\_\_\_  I caused the Chapter 13 plan [filed herewith OR filed on _____, 20_____] to be served pursuant to Federal Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the plan (and not by separate motion) under plan paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served.

Name of Creditor: _____
Person Served:

Title/Position:
Address: _____
_____

City, State Zip: _____
Method of Service: _____
Date Served: _____

Select A or B for the above-named creditor:

    \_\_\_\_  A.  A proof of claim has been filed with respect to the lien or claim at issue prior to service of the plan. I also mailed a copy of the plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

    \_\_\_\_  B.  No proof of claim has been filed for the lien or claim at issue.

3. \_\_\_\_  Along with each copy of the plan served under Section 2, I included copies of documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the plan. ***This supplemental material need not be served with the plan on all creditors, but it must be served on the affected secured creditors.***

    \_\_\_\_  This is an amended plan and the documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.
Dated: 2/20/25     /s/ Daniel M. Press
                                            Debtor's Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 25-10596<br>District of Maryland<br>Greenbelt<br>Thu Feb 20 16:24:31 EST 2025 | U.S. Bank Trust Company, National Associatio<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119-3284 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Centers for Advanced Orthopedics<br>c/o First Federal Credit Control<br>25700 Science Park Rd Ste 370<br>Beachwood, OH 44122-7312 | Clear Bay Utility I LLC<br>5 Union Sq W Ste 602<br>New York, NY 10003-3306 |
| (p)CGD<br>ATTN BANKRUPTCY DEPT<br>1099 WINTERSON ROAD STE 301<br>LINTHICUM HEIGHTS MD 21090-2279 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | EZ Pass Maryland<br>PO Box 5060<br>Middle River, MD 21220-0060 |
| GM Financial<br>P O Box 183853<br>Arlington, TX 76096-3853 | Goldman Sachs Bank USA<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia, PA 19170-0001 | Hampshire Greens HOA, Inc.<br>c/o Lerch Early & Brewer<br>7600 Wisconsin Avenue #700<br>Bethesda, MD 20814-3663 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding<br>PO Box 1269<br>Greenville, SC 29602-1269 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lending USA<br>15021 Ventura Blvd<br>Sherman Oaks, CA 91403-2442 | Lendmark Fin Servs<br>2080 Crain Hwy<br>Waldorf, MD 20601-3147 | Level Up Funding<br>142 Red House Rd<br>Fort Thompson, SD 57339 |
| Mariner Finance<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262-0685 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | OneMain<br>601 NW 2nd St<br>Evansville, IN 47708-1013 | Pepco<br>PO Box 92474<br>Washington, DC 20090-2474 |
| (p)ROSENBERG & ASSOCIATES  LLC<br>4340 EAST WEST HIGHWAY<br>SUITE 600<br>BETHESDA MD 20814-4411<br>By CM/ECF bankruptcy@rosenberg-assoc.com | U.S. Bank Trust Company, NA<br>c/o Mark D. Meyer, Esq.<br>4340 East West Highway, Suite 600<br>Bethesda, MD 20814-4411<br>By CM/ECF bankruptcy@rosenberg-assoc.com | U.S. Bank Trust Company, NA<br>c/o Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| U.S.Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | ~~US Trustee~~<br>~~6305 Ivy Ln~~<br>~~Greenbelt, MD 20770-6305~~<br>Duplicate | Verizon<br>500 Technology Drive Suite 550<br>Saint Charles, MO 63304-2225 |

| | | |
|---|---|---|
| WSSC<br>14501 Sweitzer Ln<br>Laurel, MD 20707-5901 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 | Wells Fargo<br>PO Box 14517<br>Des Moines, IA 50306-3517 |
| ~~Daniel M. Press~~<br>~~Chung & Press, P .C.~~<br>~~6718 Whittier Ave., Ste. 200~~<br>~~McLean, VA 22101-4531~~ | ~~Donna M Coleman~~<br>~~424 Firestone Drive~~<br>~~Ashton, MD 20861-8008~~ | ~~Marcelo P.L. Dessin~~<br>~~424 Firestone Drive~~<br>~~Ashton, MD 20861-8008~~ |
| Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046-3002<br>     by CM/ECF cmecf@chapter13maryland.com | | |

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cohn Goldberg & Deutsch<br>1099 Winterson Rd Ste 301<br>Linthicum Heights, MD 21090 | Comptroller of Maryland<br>7 St Paul St<br>Baltimore, MD 21202 | Rosenberg & Associates<br>4340 East West Highway Ste 600<br>Bethesda, MD 20814 |

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Mark Servives/Citizens          End of Label Matrix
INVALID ADDRESS PROVIDED                 Mailable recipients   36
                                         Bypassed recipients    1
                                         Total                 37