UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>MARCELO P. L. DESSIN<br>DONNA M COLEMAN<br><br>    Debtor(s) | Chapter 13<br>Case NO. 25-10596-LSS |
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-2<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119<br><br>    Movant<br>v.<br><br>Marcelo P. L. Dessin<br>424 Firestone Drive<br>Ashton, MD 20861<br><br>and<br><br>Donna M Coleman<br>424 Firestone Drive<br>Ashton, MD 20861<br><br>    Respondent(s) | |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

    COMES NOW, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association as trustee, on behalf of the holders of

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
22-003267-MD-B-8

the Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Mortgage Pass-Through Certificates Series 2003-2 by Counsel, and for its Objection to Confirmation of the Chapter 13 Plan filed by the debtor states as follows:

      1.     The lender is a secured creditor of the debtor pursuant to a Deed of Trust June 30, 2003 dated which secures a Deed of Trust Note to real property of the Debtors located at 424 Firestone Drive, Silver Spring, MD 20905.

      2.     As of the date of filing, the lender was owed approximately $879,695.49 of which approximately $606,610.13 are the pre-petition arrears.

      3.     The Debtor's Plan proposes to pay a total of $0.00 for the pre-petition arrears and seek a loan modification.

      4.     Creditor objects to this as Plan has insufficient funding to pay Creditor's claim and there is no guarantee a modification will be completed, so if the modification is denied there is no provision for payment of the $606,610.13 in arrears.

      5.     The Plan does not comply with 11 U.S.C. §1325, in that it does not pay the Movant, its pre-petition arrearage claim.

      WHEREFORE, the Movant respectfully requests that Confirmation of the Chapter 13 Plan submitted by the Debtor(s) herein be denied, and for any other relief the Court deems necessary.

                                           Respectfully Submitted,

                                         /s/ Mark D. Meyer
                                       Mark D. Meyer, Esq. # 15070
                                       Rosenberg & Associates, LLC
                                       4340 East West Highway, Suite 600
                                       Bethesda, MD 20814
                                       301-907-8000

**CERTIFICATE OF SERVICE**

  I hereby further certify that on the 4th day of March, 2025, a copy of the foregoing Objection to Confirmation of Chapter 13 plan was mailed, first class postage prepaid, or via electronic email, to the following:

Timothy P. Branigan, Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046

Daniel M. Press
6718 Whittier Avenue, Suite 200
McLean, VA 22101

Marcelo P. L. Dessin
424 Firestone Drive
Ashton, MD 20861

Donna M Coleman
424 Firestone Drive
Ashton, MD 20861

                 /s/ Mark D. Meyer
                Mark D. Meyer, Esq. # 15070
                Rosenberg & Associates, LLC
                4340 East West Highway, Suite 600
                Bethesda, MD 20814
                301-907-8000