# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| MARCELO P.L. DESSIN and : | Case No. 25-10596-LSS |
| DONNA M. COLEMAN, : | Chapter 13 |
| Debtors. : | |
| : | |

## TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 522(l) of the Bankruptcy Code and Bankruptcy Rule 4003(b), objects to the exemptions claimed by the Debtors on Schedule C. The Debtor seeks to exempt two "homestead" exemptions in their residence in Ashton, Maryland. However, the homestead exemption is specifically limited to one homestead exemption in a joint husband and wife bankruptcy case. Md. Cts. & Jud. Proc. Code Ann. § 11-504(f)(3). The Debtors cannot claim two homestead exemption in the property.

WHEREFORE, the Trustee prays that the Court disallow the Debtor's exemptions as scheduled.

Respectfully submitted,

March 6, 2025

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

PLEASE NOTE THAT, WITHIN THIRTY (30) DAYS OF SERVICE OF THIS OBJECTION, YOU MUST FILE AND SERVE A RESPONSE OPPOSING THE OBJECTION AND REQUEST A HEARING, IF DESIRED. IF YOU DO NOT FILE AND SERVE A RESPONSE, THE COURT MAY, IN ITS DISCRETION, HOLD A HEARING OR DISALLOW THE EXEMPTIONS.

- 2 -

## Certificate of Service

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Daniel Press, Esq.

I caused a copy of the foregoing to be sent on March 7, 2025 by first-class U.S. mail, postage prepaid to:

Marcelo Dessin and Donna Coleman
424 Firestone Drive
Ashton, MD 20861

                                                                  /s/ Timothy P. Branigan
                                          Timothy P. Branigan (Fed. Bar No. 06295)