**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| MARCELO P.L. DESSIN and | :  Case No. 25-10596-LSS |
| DONNA M. COLEMAN, | :  Chapter 13 |
| Debtors. | : |
| | : |

**ORDER SUSTAINING TRUSTEE'S OBJECTION**
**TO EXEMPTIONS**

Before the Court is the objection of Timothy P. Branigan, Chapter 13 trustee ("Trustee"), to the exemptions claimed by the Debtor(s). Having considered the objection, and after notice and a hearing appropriate in the circumstances, and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Trustee's objection is hereby sustained, and the homestead exemption claimed with respect to real property by the Debtor(s) is hereby disallowed and limited to $27,900.

- 1 -

- 2 -

copies to:

Timothy P. Branigan, Trustee
Debtor's Counsel
Debtor

**END OF ORDER**