Entered: March 24th, 2025
Signed: March 21st, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re: | * |
| | * |
| Marcelo P.L. Dessin and Donna M. Coleman, | *   Case No. 25-10596-LSS |
| | *   Chapter 13 |
| | * |
| Debtors. | * |
| | * |

* * * * * * * * * * * * * *

## ORDER DEFERRING RULING ON
## TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

Upon review of the Objection to Debtors' Exemptions [Dkt. No. 17], filed by Chapter 13 Trustee, Timothy P. Branigan, and the Response [Dkt. No. 18], filed by Debtors, the Court has determined that it should defer ruling on this matter until Debtors' forthcoming objection to the Internal Revenue Service's Proof of Claim No. 8 is resolved. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

2

**ORDERED**, that the Court will defer ruling upon the Objection to Debtors' Exemptions [Dkt. No. 17] and the Response [Dkt. No. 18] until Debtors' forthcoming objection to the Internal Revenue Service's Proof of Claim No. 8 is resolved; and it is further,

**ORDERED**, that, in the event Debtors have not filed an objection to the Internal Revenue Service's Proof of Claim No. 8 within 90 days of the entry of this Order, Debtors shall file a line explaining their delay in bringing the claim objection; and it is further,

**ORDERED**, that, within 30 days of the Court entering an order resolving Debtors' forthcoming objection to the Internal Revenue Service's Proof of Claim No. 8, Debtors shall file a line informing the Court that this matter is ripe for consideration and supplementing their Response.

cc:   Debtors
      Debtors' Counsel - Daniel M. Press
      Ch. 13 Trustee – Timothy P. Branigan

**End of Order**