United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10596-LSS |
| Marcelo P.L. Dessin | Chapter 13 |
| Donna M Coleman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2025 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Marcelo P.L. Dessin, Donna M Coleman, 424 Firestone Drive, Ashton, MD 20861-8008 |
| cr | + | U.S. Bank Trust Company, National Association, as, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119, UNITED STATES 84119-3284 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 24 2025 19:11:00 | AmeriCredit Financial Services, Inc, dba GM Financial, PO Box 183853, Arlington, TX 76096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2025         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Mar 24, 2025 Form ID: pdfparty Total Noticed: 3

Timothy P. Branigan
    cmecf@chapter13maryland.com

TOTAL: 3



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Marcelo P.L. Dessin and Donna M. Coleman, | * | Case No. 25-10596-LSS |
| | * | Chapter 13 |
| | * | |
| Debtors. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER DEFERRING RULING ON
### TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

Upon review of the Objection to Debtors' Exemptions [Dkt. No. 17], filed by Chapter 13 Trustee, Timothy P. Branigan, and the Response [Dkt. No. 18], filed by Debtors, the Court has determined that it should defer ruling on this matter until Debtors' forthcoming objection to the Internal Revenue Service's Proof of Claim No. 8 is resolved. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will defer ruling upon the Objection to Debtors' Exemptions [Dkt. No. 17] and the Response [Dkt. No. 18] until Debtors' forthcoming objection to the Internal Revenue Service's Proof of Claim No. 8 is resolved; and it is further,

**ORDERED**, that, in the event Debtors have not filed an objection to the Internal Revenue Service's Proof of Claim No. 8 within 90 days of the entry of this Order, Debtors shall file a line explaining their delay in bringing the claim objection; and it is further,

**ORDERED**, that, within 30 days of the Court entering an order resolving Debtors' forthcoming objection to the Internal Revenue Service's Proof of Claim No. 8, Debtors shall file a line informing the Court that this matter is ripe for consideration and supplementing their Response.

cc:  Debtors
  Debtors' Counsel - Daniel M. Press
  Ch. 13 Trustee – Timothy P. Branigan

**End of Order**