# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| MARCELO P.L. DESSIN and : | Case No. 25-1-0596-LSS |
| DONNA M. COLEMAN, : | Chapter 13 |
| Debtors. : | |
| : | |

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 109(e) of the Bankruptcy Code and Bankruptcy Rule 1017(f), requests the Court to dismiss the case inasmuch as the Debtors have unsecured debt in excess of $465,275. As reflected on the Claims Register, priority and general unsecured proofs of claim in the aggregate amount of $1,003,061.05 have been filed in the case to date.

WHEREFORE, the Trustee prays that the Court dismiss the case if the Debtors do not convert the case to Chapter 11.

Respectfully submitted,

April 8, 2025

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

**PLEASE TAKE NOTICE** that a response must be filed to this notice within 21 days from the date of service below. If a response is not filed, the case may be dismissed. The Court may hold a hearing, or not, within its discretion.

- 2 -

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Daniel M. Press, Esq.

I caused a copy of the foregoing to be sent on April 9, 2025 by first-class U.S. mail, postage prepaid to:

Marcelo P.L. Dessin
Donna M. Coleman
424 Firestone Drive
Ashton, MD  20861

                                                  /s/ Timothy P. Branigan
                                              Timothy P. Branigan