United States Bankruptcy Court
District of Maryland

In re:     Case No. 25-10596-LSS
Marcelo P.L. Dessin     Chapter 13
Donna M Coleman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 3
Date Rcvd: May 06, 2025     Form ID: ntcdsm     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Marcelo P.L. Dessin, Donna M Coleman, 424 Firestone Drive, Ashton, MD 20861-8008 |
| cr | + | U.S. Bank Trust Company, National Association, as, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119, UNITED STATES 84119-3284 |
| 32760515 | + | Clear Bay Utility I LLC, c/o Pickett Law, LLC, 264 Merrimac Court, PO Box 590, Prince Frederick, MD 20678-0590 |
| 32760518 | + | EZ Pass Maryland, PO Box 5060, Middle River, MD 21220-0060 |
| 32760522 | + | Hampshire Greens Homeowners Association, Inc., c/o Pickett Law, LLC, 264 Merrimac Court, PO Box 590, Prince Frederick, MD 20678-0590 |
| 32760524 | + | Lending USA, 15021 Ventura Blvd, Sherman Oaks, CA 91403-2442 |
| 32760525 | + | Lendmark Fin Servs, 2080 Crain Hwy, Waldorf, MD 20601-3147 |
| 32760526 | | Level Up Funding, 142 Red House Rd, Fort Thompson, SD 57339 |
| 32816052 | | US Bank Trust, Trustee US Bank NA trustee of Struc, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: cmecf@chapter13maryland.com | May 06 2025 19:18:00 | Timothy P. Branigan, 9891 Broken Land Parkway, Suite 301, Columbia, MD 21046-3002 |
| cr | | EDI: PHINAMERI.COM | May 06 2025 23:09:00 | AmeriCredit Financial Services, Inc, dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 32787675 | + | EDI: PHINAMERI.COM | May 06 2025 23:09:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 32760516 | | Email/Text: BankruptcyECF2@cgd-law.com | May 06 2025 19:19:00 | Cohn Goldberg & Deutsch, 1099 Winterson Rd Ste 301, Linthicum Heights, MD 21090 |
| 32760517 | | Email/Text: Bankruptcymail@marylandtaxes.gov | May 06 2025 19:18:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 32760513 | + | EDI: CAPITALONE.COM | May 06 2025 23:09:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 32768430 | + | EDI: AIS.COM | May 06 2025 23:09:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32760514 | + | Email/Text: rj@ffcc.com | May 06 2025 19:18:00 | Centers for Advanced Orthopedics, c/o First Federal Credit Control, 25700 Science Park Rd Ste 370, Beachwood, OH 44122-7312 |
| 32760520 | + | EDI: PHINAMERI.COM | May 06 2025 23:09:00 | GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 32760521 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 06 2025 19:18:00 | Goldman Sachs Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 32760523 | + | EDI: IRS.COM | May 06 2025 23:09:00 | Internal Revenue Service, PO Box 7346, |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2025 | Form ID: ntcdsm | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 32791150 | | EDI: JEFFERSONCAP.COM | May 06 2025 23:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32760527 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2025 19:20:39 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 32775122 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2025 19:20:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32760528 | + | Email/Text: bankruptcy@marinerfinance.com | May 06 2025 19:18:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 32760529 | + | EDI: MERCEDES | May 06 2025 23:09:00 | Mercedes Benz Financial, PO Box 685, Roanoke, TX 76262-0685 |
| 32760530 | + | Email/Text: bankruptcydpt@mcmcg.com | May 06 2025 19:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 32823036 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 06 2025 19:18:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 32760531 | + | Email/PDF: bankruptcy_prod@navient.com | May 06 2025 19:20:29 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 32760532 | + | EDI: AGFINANCE.COM | May 06 2025 23:09:00 | OneMain, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 32760534 | | Email/Text: bankruptcy@rosenberg-assoc.com | May 06 2025 19:19:00 | Rosenberg & Associates, 4340 East West Highway Ste 600, Bethesda, MD 20814 |
| 32763375 | + | Email/Text: bankruptcy@rosenberg-assoc.com | May 06 2025 19:19:00 | U.S. Bank Trust Company, NA, c/o Mark D. Meyer, Esq., 4340 East West Highway, Suite 600, Bethesda, MD 20814-4411 |
| 32760535 | ^ | MEBN | May 06 2025 19:14:46 | U.S. Bank Trust Company, NA, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 32773547 | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | May 06 2025 19:19:00 | U.S.Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 32760536 | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | May 06 2025 19:19:00 | US Trustee, 6305 Ivy Ln, Greenbelt, MD 20770-6305 |
| 32760537 | + | EDI: VERIZONCOMB.COM | May 06 2025 23:09:00 | Verizon, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 32760540 | + | Email/Text: Bankruptcy@wsscwater.com | May 06 2025 19:19:00 | WSSC, 14501 Sweitzer Ln, Laurel, MD 20707-5901 |
| 32760538 | + | Email/Text: Bankruptcy@washgas.com | May 06 2025 19:19:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |
| 32793272 | + | Email/Text: Bankruptcy@wsscwater.com | May 06 2025 19:19:00 | Washington Suburban Sanitary Commission, 14501 Sweitzer Lane, Laurel, MD 20707-5901 |
| 32760539 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 06 2025 19:20:53 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 32786359 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 06 2025 19:31:08 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32760519 | | First Mark Servives/Citizens, INVALID ADDRESS PROVIDED |

| District/off: 0416-0 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2025 | Form ID: ntcdsm | Total Noticed: 40 |

32760533           Pepco, INVALID ADDRESS PROVIDED

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2025                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25−10596 − LSS**   Chapter: **13**

**Marcelo P.L. Dessin and**
**Donna M Coleman**
Debtors

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 5/6/25.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 5/6/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Christopher Adams
410−962−4215

Form ntcdsm